SCWC-13-0003337

IN THE SUPREME COURT OF THE STATE OF HAWAI‘I

---

IN THE INTEREST OF C.D.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-13-0003337; FC-S NO. 11-0001)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Petitioner-Appellant's Application for Writ of

Certiorari, filed on July 17, 2014, is hereby rejected.

DATED:  Honolulu, Hawai‘i, August 19, 2014.

| | |
|---|---|
| Rebecca A. Copeland for petitioner | /s/ Mark E. Recktenwald |
| | /s/ Paula A. Nakayama |
| David M. Louie, Mary Anne Magnier, and Diana M. Mellon-Lacey | /s/ Sabrina S. McKenna |
| for respondent | /s/ Richard W. Pollack |
| | /s/ Michael D. Wilson |

